IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SHIRLEY ANNETTE CUPP, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:12-cv-611-LY |
| | § | |
| MICHAELS STORES, INC., | § | |
| Defendant, | § | |

**DEFENDANT'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Defendant Michaels Stores, Inc. ("Defendant" or "Michaels") files this Motion for Withdrawal and Substitution of Counsel and in support shows as follows

I.

Counsel for Defendant requests that the Court enter an order allowing Nancy Ebe and Jeffrey A. Hagelman of Ebe & Associates, P.C., to withdraw from the representation of Michaels and substitute as counsel for Defendant the law firm of Ogletree, Deakins, Nash, Smoak, and Stewart, P.C., Bruce A. Griggs. (Texas Bar No. 08487700) and Martin A. Rodriguez (Texas bar No. 24071129), 301 Congress Avenue, Suite 1150, Austin, Texas 78701, (512) 344-4700 (phone), (512) 344-4701 (facsimile).

II.

The withdrawal is not expected to delay this action or to prejudice Plaintiff.

WHEREFORE, PREMISES CONSIDERED Defendant Michaels Stores, Inc. requests that its Motion for Withdrawal and Substitution of Counsel be granted.

Respectfully submitted,

_____
Nancy Ebe
State Bar No. 06384650
Jeffrey A. Hagelman
State Bar No. 24007297
EVE AND ASSOCIATS, P.C.
114 W 7th St., Suite 800
Austin, Texas 78701
(512) 370-1900
(512) 370-1901 (Facsimile)

Bruce A. Griggs
State Bar No. 08487700
Martin A. Rodriguez
State Bar No. 24071129
Ogletree Deakins Nash Smoak & Stewart, PC
301 Congress Avenue, Ste. 1150
Austin, Texas 78701
512-344-4700
512-344-4701 (Fax)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on November 5th, 2012, I electronically filed the foregoing document with the clerk of the court for the United States District Court, Western District of Texas, using the court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to Defendant's attorneys of record who have consented in writing to accept that Notice as service of this document by Electronic means.

Mitchell S. Riechmann
Coleman & Riechman LLP
11701 Bee Caves Road, Suite 205
Austin, Texas 78738

_____
Martin A. Rodriguez

2